**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

One Riverfront Plaza, Suite 1530
Newark, New Jersey 07102
Telephone: 973.577.6260
Fax: 973.577.6261
www.lewisbrisbois.com

**ELIOR D. SHILOH**
DIRECT DIAL: 212.232.1362
ELIOR.SHILOH@LEWISBRISBOIS.COM

November 2, 2015

File No.
36569

**VIA ELECTRONIC MAIL ONLY**

Clerk of the Court
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

  Re: Sharon Welsh v. National Tenant Network, Inc., et al.
    <u>Civ. No. 1:15-cv-00601</u>

Dear Clerk of the Court:

  Defendant National Tenant Network, Inc. was served on October 13, 2015. The time to file a responsive pleading is November 3, 2015. To date no prior extensions have been sought. Pursuant to Local Rule 6.1, Defendant respectfully requests a fourteen day extension of time to file a responsive pleading. Please contact my office should the Court require any further information.

         Sincerely,

         /s/ Elior D. Shiloh

         ELIOR D. SHILOH of
         LEWIS BRISBOIS BISGAARD & SMITH LLP

EDS
cc: All Counsel (Via ECF)

ALBUQUERQUE • ATLANTA • BEAUMONT • BOSTON • CHARLESTON • CHICAGO • DALLAS • DENVER • FORT LAUDERDALE • HOUSTON • INDIAN WELLS
LAFAYETTE • LAS VEGAS • LOS ANGELES • MADISON COUNTY • NEW ORLEANS • NEW YORK • NEWARK • ORANGE COUNTY • PHILADELPHIA • PHOENIX
PORTLAND • PROVIDENCE • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • SEATTLE • TAMPA • TEMECULA • TUCSON • WICHITA

4819-8338-0778.1