

January 21, 2016

*Via ECF and Facsimile*
The Honorable Ann Marie Donio
U.S. District Court
District of New Jersey
Mitchell H. Cohen Bldg.
& U.S. Courthouse
4th & Cooper Streets, Room 3B
Camden, NJ  08101

      *Re:*    *Welsh v. National Tenant Network, Inc. et al. No. 1:15-cv-00601-JHR-AMD*

Dear Judge Donio:

      I am writing to inform the Court that Plaintiff has reached settlements with both Defendants in this matter, National Tenant Network, Inc. and LCIJ, Inc. d/b/a National Tenant Network, Inc. Plaintiff therefore respectfully requests that the Court issue a sixty-day Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure.

      Respectfully Submitted,

      **FRANCIS & MAILMAN, P.C.**

      ERIN NOVAK

EAN/cnr

cc:    All Counsel of Record (via ECF)

100 South Broad Street | 19th floor | Philadelphia, PA 19110
P 215.735.8600 | F 215.940.8000
www.consumerlawfirm.com | www.creditreportproblems.com